UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LOREN F. GRAVES,

Plaintiff,

vs.

CAROLYN W. COLVIN,

Defendant.

Case No. 2:15-cv-00106-RFB-NJK

ORDER

Before the Court for consideration is the Report and Recommendation (ECF No. 34) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered March 29, 2016.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by April 15, 2016. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 34) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that (ECF No. 21) Plaintiff's Motion for Reversal and/or Remand is **GRANTED**.

**IT IS FURTHER ORDERED** that (ECF No.26) Defendant's Cross-Motion to Affirm is **DENIED**.

The Clerk of Court is directed to serve a copy of this Order upon Parties.

DATED this 23rd day of May, 2016.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE