# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Loren F. Graves

                     Plaintiff,

v.

Carolyn W. Colvin

                     Defendant.

JUDGMENT FOR ATTORNEY'S FEES IN A CIVIL CASE

Case Number:   2:15-cv-00106-RFB-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that plaintiff's motion for attorney fees is granted.

Judgment is hereby entered that Counsel Howard D. Olinsky is awarded attorney fees in the amount of $12,021.25.

Upon receipt of that payment, IT IS ORDERED that Counsel Olinksy will refund the EAJA fees in the amount of $7,000.00 directly to the claimant.

October 18, 2018                                          DEBRA K. KEMPI
Date                                                                          Clerk

                                                                             /s/ M. Morrison
                                                                              Deputy Clerk